```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 04-60206-CR-COHN/SNOW
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BERNARD ROEMMELE, et al.,

      Defendants.

_____

## **O R D E R**

THIS CAUSE is before the Court on defendant Bernard Roemmele's Ex Parte Motion for Copy of all Hearing and Trial Transcripts and Filed Documents (DE 677), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of June, 2007.

*[signature: Lurana S. Snow]*

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Patrice Mulkern, DOJ
AUSA Bill Shockley (FTL)
Randee Golder, Esq.
Bernard Roemmele (U.S. Postal Mail)