UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-60206-CR-COHN/SELTZER

UNITED STATES OF AMERICA

v.

BERNARD ROEMMELE,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTIONS [DE 828, 863, 869]

**THIS CAUSE** is before the Court upon the following motions filed *pro se* by Defendant Bernard Roemmele:

1. Third Motion by Defendant Bernard Roemmele, *Pro Se*, Pursuant to Rule 12(b)(3)(B) to Dismiss Count 5 Because Jurisdiction is Defective and it Fails to State an Offense [DE 828];

2. Defendant, Bernard Roemmele's Omnibus Motion to Dismiss or at Minimum New Trial, in the Interests of Justice and Fundamental Fairness, and Newly Available Evidence; and for His Immediate Release from Prison [DE 863]; and

3. Motion to Dismiss Indictment for Failure to State a Conspiracy, and Because the Court's Jurisdiction Cannot be Invoked to Counts One, Two, and Three [DE 869].

Since this matter is now before the Court on remand, the Court's jurisdiction is limited to "sentencing proceedings" only. Because none of the above motions relate to "sentencing proceedings," the Defendant's motions must be denied for lack of jurisdiction. See United States v. Tamayo, 80 F.3d 1514, 1520 (11th Cir. 1996). Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that the Defendant's above-mentioned motions [DE 828, 863, 869] are **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward Count, Florida, on this 17th day of June, 2013.

                                                                                   _____
                                                                                   JAMES I. COHN
                                                                                   United States District Judge

Copies provided to:
Counsel of record via CM/ECF.